IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV51 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY S. SOUTHERN, or the | ) | **MEMORANDUM** |
| woman formerly known as such, and | ) | **AND ORDER** |
| TIMOTHY ELARIO, | ) | |
| | ) | |
| Defendants. | ) | |

There are pending motions that need my attention. I will deal with each of them as follows:

\*       Regarding filing 15, the plaintiff's motion for entry of default against Terry S. Southern, the defendant has been served with process (filing 11), but she has not responded. I have the discretion to give Ms. Southern additional time to plead or answer and I will do so because, among other things, there are substantial questions regarding whether a contract was formed and the amount in controversy. I will hold the plaintiff's motion (filing 15) in abeyance insofar as it pertains to Ms. Southern.

\*       Regarding filing 15, the plaintiff's motion for entry of default against Timothy Elario, the defendant has filed an answer so I shall deny the plaintiff's motion.

\*       Regarding the plaintiff's motion for judgment or determination (filing 17), I construe that as a motion for the entry of default judgment. I will deny it without prejudice because it is premature.

\*       Regarding the plaintiff's objection to answer (filing 18) and the plaintiff's objection and motion to strike (filing 22), I will grant the motions, construed only as motions to strike the answer of Timothy Elario, because Elario's answer is not signed.  I will, however, give Timothy Elario additional time to plead or answer.

IT IS ORDERED that:

1.   The plaintiff's Motion for Clerk's Entry of Default (filing 15) against Terry Southern is held in abeyance.  Ms. Southern shall have until the close of business on November 4, 2008 to plead or answer.  The Clerk shall mail a copy of this memorandum and order to Ms. Southern by certified mail return receipt requested at the address shown in filing 11.  Ms. Southern is warned that the failure to plead or answer within the time permitted may result in the entry of default judgment.

2.   The plaintiff's Motion for Clerk's Entry of Default (filing 15) against Timothy Elario is denied.

3.   The plaintiff's Motion for Judgment or Determination (filing 17), construed as a motion for entry of default judgment, is denied.

4.   The plaintiff's Objection to Answer (filing 18) and the plaintiff's Objection or Motion to Strike, construed as motions to strike the answer of Timothy Elario (filing 13), are granted.  Timothy Elario shall have until the close of business on November 4, 2008 to file a properly signed pleading or answer.  The Clerk shall mail a copy of this memorandum and order to Mr. Elario by certified mail return receipt requested at the address shown in filing 12.  Mr. Elario is warned that the failure to plead

or answer within the time permitted may result in the entry of default judgment.

5. My chambers shall call this case to my attention on November 5, 2008.

October 15, 2008.                BY THE COURT:

                                 *s/Richard G. Kopf*
                                 United States District Judge