IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, | ) | 8:08CV51 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TERRY S. SOUTHERN, or the woman formerly known as such, and TIMOTHY ELARIO, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 43.) In his Motion, Plaintiff seeks reconsideration of the court's April 13, 2009 Memorandum and Order in its entirety. (Filing No. 42.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its April 13, 2009 Memorandum and Order.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (filing no. 43) is denied.

April 29, 2009.                                    BY THE COURT:

                                                                   *s/Richard G. Kopf*
                                                                   United States District Judge