IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, | ) | 8:08CV51 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TERRY S. SOUTHERN, and | ) | |
| TIMOTHY ELARIO, | ) | |
| | ) | |
| Defendants. | ) | |

The court is in receipt of a letter filed by Defendant Terry S. Southern. Because the document contains private information, the Clerk of the court is directed to file the original letter along with the accompanying envelope for the court's use only. The Clerk of the court is also directed to file a copy of the letter, as redacted by the undersigned judge, without the accompanying envelope.

IT IS THEREFORE ORDERED that:

1.      The Clerk of the court is directed to file the original letter along with the accompanying envelope for the court's use only.

2.      The Clerk of the court is directed to file a copy of the letter, as redacted by the undersigned judge, without the accompanying envelope.

DATED this 26th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge