IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, | ) | 8:08CV51 |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TERRY S. SOUTHERN, and TIMOTHY ELARIO, | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On July 11, 2012, the court ordered the parties to submit briefs addressing the issue of damages. (Filing No. 70.) Plaintiff filed a brief addressing the issue of damages, but Defendants did not.

    The court has carefully reviewed the docket sheet and determined that the court's July 11, 2012, Memorandum and Order was not delivered to Defendant Terry Southern ("Southern") at her current address. On December 11, 2009, Terry Southern filed a Sealed Letter in which she updated her address. (Filing No. 57.) However, the docket sheet was not updated to reflect the new address in order to protect Southern's private information. The court's July 11, 2012, Memorandum and Order was delivered to the address appearing on the docket sheet, not to Southern's current address.

    In light of this, the court will redeliver its July 11, 2012, Memorandum and Order to Defendants, and also provide them with one final opportunity to respond to Plaintiff's brief on the issue of damages. **Defendants should note that summary judgment on the issue of liability has already been entered against them, and Plaintiff now seeks over $100,000.00 in damages**.

IT IS THEREFORE ORDERED that:

1. The clerk's office is directed to send to Defendants a copy of this Memorandum and Order; a copy of the court's July 11, 2012, Memorandum and Order (Filing No. 70); and copies of Plaintiff's filings addressing the issue of damages (Filing Nos. 51, 52, and 71). These documents should be sent to Defendant Timothy Elario at his last-known address, and to Southern at the address listed in her Sealed Letter at Filing Number 57.

2. Defendants have until December 17, 2012, to address the issue of damages. Defendants are warned that their submissions must comply with the Federal Rules of Civil Procedure and the court's local rules in order to be considered.

3. The clerk's office is directed to set a case management deadline in this matter: December 17, 2012: Deadline for Defendants to address issue of damages.

DATED this 5th day of November, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.