IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, | ) | 8:08CV51 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TERRY S. SOUTHERN, or the | ) | |
| woman formerly known as such, and | ) | |
| TIMOTHY ELARIO, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's Motion for Copies. (Filing No. 81.) Plaintiff states that he did not receive a copy of the court's November 5, 2012, Memorandum and Order "for reasons unknown to him." Plaintiff also states that his address has not changed.

    The court notes that, while Plaintiff's address has not changed since the last time he filed a Notice of Change of Address, his name has changed. In Plaintiff's most recent Notice of Change of Address, Plaintiff asked that his mail be addressed to "Strider Rognirhar, J47519." (Filing No. 72.) In Plaintiff's Motion for Copies, Plaintiff states that his mail should be addressed to "Strider Rognirhar, J47519 (aka: Piccolo, Jonathan)." (Filing No. 81 at CM/ECF p. 3.) As Plaintiff has been informed numerous times in the past, it is his responsibility to keep the court informed of his current address at all times while this matter is pending.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff's Motion for Copies is granted. (Filing No. 81.) The clerk's office is directed to forward to Plaintiff copies of this Memorandum and Order and also the orders appearing at Filing Numbers 74 and 78.

2.      The clerk's office is directed to update the docket sheet to reflect Plaintiff's name and address exactly as it appears on his Motion for Copies. (Filing No. 81.)

3.      The clerk's office is directed to enter the following pro se case management deadline: January 16, 2013: Deadline for Defendant to respond to the court's November 5, 2012, Memorandum and Order.

DATED this 8th day of January, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.